OUR FILE NUMBER: AMH 36-29378 (JVF/RJC-6)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TINA L. DeWITT,

                           Plaintiff,

    - against -

STUART E. ZEH,

                           Defendant.
-------------------------------------------------------------X

**STIPULATION AND ORDER OF TRANSFER**

Docket No.:
08-CV-01277-PAC

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 0 2008

IT IS HEREBY STIPULATED, by and between respective counsel for the parties herein, that this matter be transferred from the United States District Court, Southern District of New York to the United States District Court, Northern District of New York and, upon this Stipulation and Order being so-ordered by the Court, this matter shall be so transferred, upon presentation of this Stipulation and Order to the Clerk of the Court, and upon payment of any fees directed by this Court. *The Clerk of Court is directed to close this case then Transfer it to the NDNY.*

Dated: New York, New York
         June 30, 2008

LAWRENCE McGIVNEY, ESQ.
McGIVNEY & KLUGER, P.C.
Attorneys for Plaintiff
80 Broad Street, Suite 23
New York, New York 10004
(212) 509-3456
File No.: 0032G-223

GERALD G. COWEN, ESQ.
BIVONA & COHEN, P.C.
Attorneys for Defendant
STUART E. ZEH
Wall Street Plaza
88 Pine Street – 17th Floor
New York, New York 10005
(212) 363-3100

SO-ORDERED this
___day of July, 2008

HON. PAUL A. CROTTY, U.S.D.J.

BIVONA & COHEN, P.C. • COUNSELORS AT LAW • WALL STREET PLAZA, 88 PINE STREET • NEW YORK, N.Y. 10005

# McGIVNEY & KLUGER, P.C.

23 VREELAND ROAD, SUITE 220
FLORHAM PARK, NJ 07932
TELEPHONE (973) 822-1110
FACSIMILE (973) 822-1116

ONE LINCOLN CENTER
SUITE 1010
110 WEST FAYETTE STREET
SYRACUSE, NY 13202-1306
TELEPHONE (315) 473-9648
FACSIMILE (315) 473-9654

191 WOODPORT ROAD,
SUITE 2103
SPARTA, NJ 07871
TELEPHONE (973) 726-4950
FACSIMILE (973) 726-0432

80 BROAD STREET, 23RD FLOOR
NEW YORK, NEW YORK 10004

TELEPHONE (212) 509-3456
FACSIMILE (212) 509-4420

www.vsantosmcgivneyandkluger.com

PLEASE RESPOND TO:

NEW YORK CITY OFFICE

TWO PENN CENTER PLAZA
19TH & J.F.K. BOULEVARD
SUITE 110
PHILADELPHIA, PA 19102
TELEPHONE (215) 557-1990
FACSIMILE (215) 557-7300

444 FARMINGTON AVENUE
SUITE 1002
FARMINGTON, CT 06032
TELEPHONE (860) 676-7705
FACSIMILE (860) 676-7755

1000 NORTH JEFFERSON STREET
SUITE 201
WILMINGTON, DE 19801
TELEPHONE (302) 225-0458
FACSIMILE (302) 777-4111

July 30, 2008

Hon. Paul A. Crotty
500 Pearl St., Room 735
New York, NY 10007

        RE: DeWitt v. Zeh
        Index No.: 304047/08
        Our File No.: 0032G-223
        Your File No.: AMH 36-29378 (JVF/RJC-1)

Dear Hon. Crotty:

    Our office previously, filed a copy of the enclosed proposed Stipulation transferring venue with the court. However, we were advised by opposing counsel that the court does not have a copy of the stipulation. At this time we respectfully request your honor to execute same.

    Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

                Very truly yours,

                McGIVNEY & KLUGER, P.C.

                BY: Bonita Woods
                Paralegal

Enclosure